# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE MATHIS,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>M. AMBURGEY, et al.,<br><br>　　　Defendant(s). | Case No. 2:23-cv-00840-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1.[1] In cases brought by prisoners, courts generally require the initial payment of a partial filing fee. *See* 28 U.S.C. § 1915(b)(1). In this case, however, no partial filing fee is required given Plaintiff's lack of funds. *See* Docket No. 1-1 at 25. As such, the Court will grant the application to proceed *in forma pauperis* without requiring a partial payment.[2]

Accordingly, **IT IS ORDERED:**

1.　Plaintiff's application to proceed *in forma pauperis* (Docket No. 1) without having to prepay the filing fee is **GRANTED**.

2.　Plaintiff is permitted to maintain this action to conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This Order granting *in forma pauperis* status shall not extend to the issuance and/or service of subpoenas at government expense.

3.　The Clerk shall send a copy of this order to the attention of the inmate accounts department at High Desert State Prison, P.O. Box 650, Indian Springs, Nevada 89070. Pursuant

---

[1] The accompanying financial certificate was docketed with the complaint at page 25 of Docket No. 1-1.

[2] The Court will separately screen Plaintiff's complaint as required by 28 U.S.C. § 1915.

to 28 U.S.C. § 1915(b)(2), High Desert State Prison shall forward to the Clerk of the United States District Court, District of Nevada, twenty percent of the preceding month's deposits to Plaintiff's inmate trust account (in the months that the account exceeds $10.00) until the full $350 filing fee has been paid for this action.

4. The Clerk's Office must provide a copy of this order to the Finance Division of the Clerk's Office.

IT IS SO ORDERED.

Dated: August 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge