# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE MATHIS,<br>　　Plaintiff(s),<br>v.<br>M. AMBURGEY, et al.,<br>　　Defendant(s). | Case No. 2:23-cv-00840-APG-NJK<br><br>**REPORT AND RECOMMENDATION** |

On August 7, 2023, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). Docket No. 3. The Cout therein determined that the complaint failed to state a cause of action, summarizing as follows:

> In short, the factual predicate to Plaintiff's extradition-related claims is not plausible, from which much of the substance of his complaint similarly fails. In addition, many of the defendants against whom extradition-related claims are brought are protected by various immunities. Plaintiff's claims regarding his defense counsel in the criminal proceedings are not cognizable under § 1983. Plaintiff's claim regarding the prosecutor's charging decisions in his criminal proceedings fail[s] on immunity grounds. Plaintiff's challenge to the voluntary nature of his guilty plea is barred by *Heck*. Plaintiff's challenge to his sentence cannot be brought under § 1983, and must be pursued in a separate habeas petition.

Docket No. 3 at 5-6. Although it did not appear that the pleading deficiencies could be cured, the Court provided Plaintiff with leave to amend. *Id.* at 6. The Court ordered that any amended complaint had to be filed by September 7, 2023. *Id.* The Court warned that "**[f]ailure to comply with this order may result in dismissal of this case**." *Id.* (emphasis in original).

Plaintiff has since filed an appeal to the Ninth Circuit, Docket No. 6, which was dismissed, Docket No. 9. Plaintiff has not filed an amended complaint, sought an extension of the pertinent deadline, or otherwise taken further action in this case.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: December 12, 2023

Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).