**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DONTAE MATHIS, | Case No. 2:23-cv-00840-APG-NJK |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| M. AMBURGEY, *et al.*, | |
| Defendants. | (ECF No. 11) |

On December 12, 2023, Magistrate Judge Koppe entered a report and recommendation that I dismiss this case without prejudice because plaintiff Dontae Mathis has taken no action in the case since the Ninth Circuit dismissed his appeal. ECF No. 11. Mathis did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Koppe's report and recommendation **(ECF No. 11) is accepted**, and this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of January, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE